IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Bruce Blackerby ) | **COMPLAINT** |
| Plaintiff, ) | **CIVIL ACTION NO.** |
| v. ) | |
| I.Q. Data International, Inc., a Washington corporation ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

## COMPLAINT

Plaintiff, Bruce Blackerby, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), for a finding that Defendant's debt collection actions violated the FDCPA, and to recover damages, and alleges:

### JURISDICTION AND VENUE

1.  This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

2.  Venue is proper in this District because: a) the acts and transactions occurred here; b) Plaintiff resides here; and, c) Defendant transacts business here.

### PARTIES

3.  Plaintiff, Bruce Blackerby ("Blackerby"), is a citizen of the State of Alabama, residing in the Northern District of Alabama, from whom Defendant

attempted to collect a delinquent consumer debt that he allegedly owed to Ridge Crossing Apartments.

4. Defendant, I.Q. Data International, Inc., ("IQ Data"), is a Washington corporation, that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer debts, including delinquent consumer debts in the Northern District of Alabama. In fact, IQ Data was acting as a debt collector as to the delinquent consumer debt it attempted to collect from Mr. Blackerby.

## FACTUAL ALLEGATIONS

5. On March 27, 2017, Defendant IQ Data sent Mr. Blackerby an initial collection letter demanding payment of a debt that he allegedly owed to Ridge Crossing Apartments. A copy of this letter is attached as Exhibit A.

6. As is his right under the FDCPA, Mr. Blackerby responded to IQ Data's collection attempt on April 7, 2017, with a letter disputing and refusing to pay the debt because he had already paid whatever money was owed to Ridge Crossing Apartments in full on February 28, 2017. This letter was delivered to Defendant on April 10, 2017 by the United States Postal Service. A copy of this letter and the delivery confirmation are attached as Group Exhibit B.

7.     Undeterred, Defendant IQ Data sent Mr. Blackerby another letter, dated April 17, 2017, regarding payment of Ridge Crossing Apartments debt.  A copy of this letter is attached as Exhibit C.

8.     Defendant's violations of the FDCPA were material because, although Plaintiff had been informed and believed that he had the right to refuse to pay this debt and to demand the collection communications cease, Defendant's continued collection communications made Plaintiff believe that his demand had been futile and that he did not have the rights Congress had granted him under the FDCPA.

9.     All of Defendant's collection actions complained of herein occurred within one year of the date of this Complaint.

10.    Defendant's collection communications are to be interpreted under the "unsophisticated consumer" standard.  See, *Jeter v. Credit Bureau, Inc.*, 760 F. 2d 1168 (11th Cir. 1985).

### COUNT ONE
### Violation Of § 1692c(c) Of The FDCPA –
### Failure To Cease Collections

11.    Plaintiff adopts the averments and allegations of paragraphs 1 through 10 hereinbefore as though fully stated herein.

12.    Section 1692c(c) of the FDCPA prohibits a debt collector from further communication with a consumer, if the consumer notifies the debt collector, in writing, that the consumer refuses to pay the debt, see, 15 U.S.C. § 1692c(c).

13. Here, the letter from Mr. Blackerby (Group Exhibit B), told Defendant that he refused to pay the debt. By continuing to communicate regarding collection of the debt, by sending Mr. Blackerby the April 17, 2017 letters (Exhibit C), Defendant IQ Data violated § 1692c(c) of the FDCPA.

14. Defendant's violations of § 1692c(c) of the FDCPA render it liable for actual and statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

## PRAYER FOR RELIEF

Plaintiff, Bruce Blackerby, prays that this Court:

A. Find that Defendant's debt collection actions violated the FDCPA;

B. Enter judgment in favor of Plaintiff Blackerby, and against Defendant, for actual and statutory damages, costs, and reasonable attorneys' fees as provided by § 1692k(a) of the FDCPA; and,

C. Grant such further relief as deemed just.

                                        **s/ Bradford W. Botes**
                                        Bradford W. Botes, Esquire
                                        Attorney for Plaintiff

**OF COUNSEL:**
Bond, Botes, Reese & Shinn, PC
600 University Park Place, Suite 510
Birmingham, Alabama 35209
Telephone: (205) 802-2200
Facsimile: (205) 870-3698
Email: bbotes@bondnbotes.com

**PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY**

**s/ Bradford W. Botes**
Bradford W. Botes

**DEFENDANTS TO BE SERVED VIA CERTIFIED MAIL:**

I.Q. Data International, Inc.
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

I.Q. Data International, Inc.
c/o Corporation Service Company, Inc.
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501