**EXHIBIT "A"**

## I.Q. Data International, Inc.

P.O. Box 2130, Everett, Washington 98213-0130 • 1010 SE Everett Mall Way #100, Everett, WA 98208
Hours: Monday-Friday 8AM TO 5PM PST • Toll Free 888-248-2509 or 425-609-2150 Fax: 425-609-2151
Send all Written Disputes to: P.O. Box 3568, Everett, WA 98213

March 27, 2017

Original Creditor: RIDGE CROSSING APTS (AL)     P45 - Account #: 0008205087

Amount Due:     $150.00

Dear BRUCE BLACKERBY,

We hope your experience while living at RIDGE CROSSING APTS (AL) was pleasant. This is a courtesy letter to follow up on the move-out report sent to you after you vacated the apartment. A balance was left owing of $150.00. Please contact our office at (888)-248-2509 so that we can make arrangements to resolve this matter or we will be forced to continue collection activity.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor if different from the current creditor. This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,
KEN BANKS
Account Representative
888-248-2509

---

CCORENT01P45_387078371

***Detach Lower Portion and Return with Payment***

| Card number plus 3 or 4 digit security code (on back of card) | | Circle One |
|---|---|---|
| Cardholder Name | EXP. DATE / | VISA |
| Cardholder Signature | AMOUNT $ | MasterCard |

IQD
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

March 27, 2017

P45
|||||||||||||||||||||||||||||||||||||||||
BRUCE BLACKERBY
███████████████████
Hoover AL 35244-4093

I.Q. DATA INTERNATIONAL, INC.
PO Box 2130
Everett WA 98213-0130
|||||||||||||||||||||||||||||||||||||||||

Account # 0008205087
Amount Due: $150.00