Case 2:17-cv-01017-JEO   Document 1-2   Filed 06/16/17   Page 1 of 3

**EXHIBIT "B"**

FILED
2017 Jun-19 AM 08:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

Bruce Blackerby



Hoover, AL  35244

April 7, 2017

Mr. Ken Banks
I.Q. Data International, Inc.
P. O. Box 3568
Everett, WA  98213
Ridge Crossings Apartments (AL)
P45 – Account #:  0008205087
Dated March 27, 2017
Amount Due $150

Dear Mr. Banks:

I am writing you in response to the recent communication I received from your office regarding this alleged debt.

I dispute and refuse to pay this debt; I will not pay this debt.

In your communication, you indicated that I received a move-out report after I vacated the apartment.  I never received any communication from Ridge Crossings or your company.  Plus, your letter doesn't indicate what the $150 was for.

On February 28, my sister gave Ridge Crossings a check in the amount of $1,308.24 which is what the complex said that I owed in full.

Please do not contact me again either by phone or in writing.

Sincerely,



Bruce Blackerby




:ab



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ken Plunks Mail
1010 SE Everett Mall
Ste 100
Everett WA 98208

2. Article Number (Transfer from service label)

9590 9402 1957 6123 5136 29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name) _[illegible]_

C. Date of Delivery 4-10-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form , Return Receipt