EXHIBIT "C"
Case 2:17-cv-01017-JEO Document 1-3 Filed 06/16/17 Page 1 of 1
FILED
2017 Jun-19 AM 08:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# I.Q. Data International, Inc.

PO Box 2130, Everett, Washington 98213-0130 • 1010 SE Everett Mall Way #100, Everett, WA 98208
Hours: Monday-Friday 8AM TO 5PM PST • Toll Free 888-248-2509 or 425-609-2150 Fax: 425-609-2151
Send all Written Disputes to: P.O. Box 3568, Everett, WA 98213



April 17, 2017

Original Creditor: RIDGE CROSSING APTS (AL)        R01-Account #: 0008205087

| | |
|---|---|
| Principal Due: | $150.00 |
| Interest Due: | $1.18 |
| Other Due: | $0.00 |
| Total Due: | $151.18 |

Dear BRUCE BLACKERBY

Your past due account has been referred to our office for collection. Please remit payment in full or contact our office to make amicable arrangements.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor if different from the current creditor. This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose. Your unpaid principal balance will accrue interest at a rate of 006.00 percent per annum.

Sincerely,

KEN BANKS
Account Representative
888-248-2509

***Detach Lower Portion and Return with Payment***

CCORENT01R01_403354298

| Card number plus 3 or 4 digit security code (on back of card) | | Circle One |
|---|---|---|
| Cardholder Name | EXP. DATE / | VISA |
| Cardholder Signature | AMOUNT $ | MC |

IQD
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

April 17, 2017

R01

BRUCE BLACKERBY

Hoover AL 35244-5006

I.Q. Data International, Inc.
PO Box 2130
Everett WA 98213-0130

Account # 0008205087
Total Due: $151.18