# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BRUCE BLACKERBY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **Civil Action No.: 2:17-CV-01017** |
| | ) |
| **I.Q. DATA INTERNATIONAL, INC.** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT NOTICE OF SETTLEMENT

COME NOW, Plaintiff, Bruce Blackerby and Defendant, I.Q. Data International, Inc., by collectively ("Parties"), by and through each Parties respective counsel, to advise the Court that a settlement of this matter has been reached and that the Parties are engaged in finalizing the settlement and will shortly file a Joint Notice of Stipulated Dismissal with Prejudice.  The undersigned counsel represents that she has the expressed consent and permission of Brad Botes, counsel for the Plaintiff to affix his electronic signature hereon and that the Parties have agreed in terms of this Notice.

DONE this 5th day of September, 2017.

           Respectfully submitted,


           */s/  Bradford W. Botes*
           Attorney for Plaintiff


**OF COUNSEL:**
Bradford W. Botes, Esq.
BOND, BOTES, REESE & SHINN, PC
600 University Park Place, Suite 510
Birmingham, Alabama 35209
Telephone: (205) 802-2200
Facsimile: (205) 870-3698
bbotes@bondnbotes.com


           */s/  Laura C. Nettles*
           Stephen E. Whitehead (ASB-2282-T68S)
           Laura C. Nettles (ASB-5805-S63L)
           *Attorneys for I.Q. Data International, Inc.*

**OF COUNSEL:**
**LLOYD, GRAY, WHITEHEAD & MONROE, P.C.**
880 Montclair Road, Suite 100
Birmingham, AL 35213
Telephone:  (205) 967-8822
Facsimile:   (205) 967-2380
steve@lgwmlaw.com
gpulvere@lgwmlaw.com
lnettles@lgwmlaw.com