# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Bruce Blackerby ) | |
| ) | CIVIL ACTION NUMBER |
| Plaintiff, ) | |
| ) | 2:17-cv-01017-JEO |
| I.Q. Data International, Inc. ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Bruce Blackerby, and the Defendant, I.Q. Data International, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of the above-styled action, with Plaintiff and Defendant to bear their own fees, costs and expenses.

Respectfully submitted this the 28th day of September, 2017.

_____
Bradford W. Botes, Attorney for Plaintiff
Bond, Botes, Reese & Shinn, P.C.
600 University Park Place, Suite 510
Birmingham, Alabama 35209

_____
Laura C. Nettles, Attorney for Defendant
Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road, Suite 100
Birmingham, Alabama 35213