# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BRUCE BLACKERBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:17-cv-01017-JEO |
| I.Q. DATA INTERNATIONAL, INC., | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

A joint stipulation of dismissal has been filed in this action, signed by counsel for both parties. (Doc. 13). Such a stipulation is effective without a court order. *See* FED. R. CIV. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this action is DISMISSED WITH PREJUDICE, with the parties to bear their own respective fees, costs, and expenses. The clerk is DIRECTED to close the file.

**DONE** this 29th day of September, 2017.

*/s/ John E. Ott*

**JOHN E. OTT**
Chief United States Magistrate Judge